

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:    01-13-01061-CV

Trial Court Cause
Number:    2008-51454

Style:    Miriam  Blank

**v** Jack  Nuszen

Date motion filed[*]:    April 17, 2015

Type of motion:    Emergency Motion for Stay Pending Appeal and Plea to Jurisdiction

Party filing motion:    Appellant

Document to be filed:

Is appeal accelerated? ☐ YES    ☒ NO

Ordered that motion is:

☐    Granted

    If document is to be filed, document due: _____

    ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☒    Denied

☐    Dismissed (*e.g.*, want of jurisdiction, moot)

☐    Other: _____

Judge's signature: /s/ Terry Jennings
    ☒ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date: April 27, 2015